JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQD CORPORATION, a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EA DISPLAY, LTD (CHINA), a foreign corporation; ETERNAL ASIA SUPPLY CHAIN MANAGEMENT (USA) CORP., a Delaware corporation; CN LINK FREIGHT SERVICES, INC., a Delaware corporation; MERCER DISTRIBUTION SERVICES, LLC., dba MERCER LOGISTICS, a Washington corporation; and DOES ONE through TEN, inclusive<br><br>　　　　　Defendants. | Case No.: 8:11 cv 01586 JVS(MLGx)<br><br>Assigned: Honorable James V. Selna<br>Courtroom: 10C<br><br>**JUDGMENT** |

　　This Court, having previously entered a default in this matter [Docket no. 17], and having considered the application by EQD Corporation ("EQD") for Entry of Default Judgment, and being fully advised,

　　IT IS HEREBY ORDERED ADJUDGED AND DECREED that:

　　1.　Judgment for plaintiff EQD is hereby entered against defendant Eternal Asia Supply Chain Management (USA) Corp. ("EA") on the First, Second and Third Claims for Relief in the sum of $75,320.00;

　　2.　Pre-judgment interest is hereby awarded and is calculated based on the sum of damages awarded in paragraph 1, $75,320.00, at the rate set by the

California Constitution of 10% per annum from the date of filing of the Complaint (October 13, 2011) through the date of entry of judgment in the sum of $9,203.51.

3. Post-judgment interest at the rate set by federal law will accrue on the amount of the judgment commencing the day judgment is entered.

DATED: January 03, 2013      _____

Hon. James V. Selna, Judge

**PROOF OF SERVICE THROUGH THE ECF SYSTEM**

I hereby certify that on December 21, 2012, I electronically filed the attached **DEFENDANT ETERNAL ASIA SUPPLY CHAIN MANAGEMENT (USA) CORP.'S proposed JUDGMENT** with the Court using the ECF system and that such papers were served through the Court's ECF system upon attorneys of record as follows:

| | |
|---|---|
| Brook B. Bond, Esq.<br>John Z. Zarian, Esq.<br>PARSONS BEHLE & LATIMER<br>960 South Broadway Ave., Suite 250<br>Boise, ID 83706<br><br>Tel: 208-562-4900<br>Fax: 208-562-4901<br>Email: BBond@parsonsbehle.com<br>JZarian@parsonsbehle.com<br><br>Attorney for Plaintiff, *EQD Corporation* | Peiwen Chang<br>Cogswell Nakazawa and Chang<br>444 W. Ocean Blvd., Suite 1250<br>Long Beach, CA 90802-8131<br><br>Tel: 562-951-8668<br>Fax: 562-951-3933<br>Email: peiwen_chang@cnc-law.com<br><br>Attorney for CN Link Freight Services, Inc. |
| Gregg S. Garfinkel, Esq.<br>Jonathon Berres Cole, Esq.<br>Nemecek & Cole PC<br>15260 Ventura Blvd., Suite 920<br>Sherman Oaks, CA 91403<br><br>Tel: 818-788-9500<br>Fax: 818-501-0328<br>Email: jcole@nemecek-cole.com<br>ggarfinkel@nemececk-cole.com<br><br>Attorney for Mercer Distribution Services LLC | Frank Xavior Dipolito, Esq.<br>John G. Nursall, Esq.<br>Swain and Dipolito LLP<br>555 E. Ocean Blvd., Suite 600<br>Long Beach, CA 90802<br><br>Tel: 562-983-7833<br>Fax: 562-983-7835<br>Email: fdipolito@swaindipolito.com<br>jnursall@swaindipolito.com<br><br>Attorney for JMRE International, Inc. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 21st day of December, 2012, at Los Angeles, California.

By: /s/ Stephen Caine_____

4830-8786-8688, v. 1

KDVG LLP